The written option was unenforcible because agreement upon terms of the purchase-money mortgage was left to the future (*Ansorge* v. *Kane*, 244 N. Y. 395, 398; *Pollak* v. *Dapper*, 219 App. Div. 455, affd. 245 N. Y. 628; *Keystone Hardware Corp.* v. *Tague*, 246 N. Y. 79, 82, 84). Respondents seek specific performance of the contract as modified by them. They alleged in their complaint that this contract had been executed by them "in accordance with the provisions of * * * the said option." The modified contract was not enforcible. The unauthorized modifications have been excised by the judgment appealed from, entered March 20, 1957. But it was then too late for respondents to have recourse to the contract proposed by appellant on June 1, 1955. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

## (February 10, 1958)

JOSEPH B. CRAMPTON, Doing Business as CRAMPTON REALTY COMPANY, Appellant, v. MORRIS BOWERS et al., Individually and as Copartners Doing Business under the Name of BOWERS & EFFRON, et al., Respondents, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. [See 4 A D 2d 884.]

RUTH ETTMAN, Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

In the *Matter* of the *Probate* of the *Will* of BERTHA C. LUDLAM, Deceased. BERTHA L. UHLENDORF et al., Respondents; EL RENA L. SCHOELLES, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [See *ante*, p. 687.]

In the *Matter* of RAYMOND SYZMANSKI, Petitioner, against FRANK E. JOHNSON, as Official Referee of the Supreme Court, Respondent.— Proceeding pursuant to article 78 of the Civil Practice Act to require respondent, an Official Referee, to make and file a decision in an undefended matrimonial action. Proceeding dismissed, without costs, and without prejudice, if petitioner shall be so advised, to a further application for relief at Special Term. (Civ. Prac. Act, § 1287.) Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

PICKLE CITY, INC., Respondent, v. LAFAYETTE NATIONAL BANK OF BROOKLYN, NEW YORK, Appellant, et al., Defendant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

J. FRANCIS RATTENBURY, Appellant, v. ALBERT T. ERNHOFER et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ. [See *ante*, p. 781.]

L. WALTER SCHAEFFER, Appellant, v. ROBERT J. HARDER et al., Respondents.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.